IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


DEVONTAE MARQUEZ RIVERS                                          PETITIONER
ADC # 153025


V.                      CASE NO. 5:18-CV-00287-SWW-JTK


WENDY KELLEY, Director
Arkansas Department of Correction                                RESPONDENT

## **JUDGMENT**

Rivers' petition for a writ of habeas corpus is dismissed with prejudice.


IT IS SO ADJUDGED this 28th day of November, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE